**Dismissed and Memorandum Opinion filed September 25, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00694-CR

---

**EDDIE LEE HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1435603**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to theft of property valued between $1,500 and $20,000. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on July 23, 2014, to confinement for three years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).